UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Crawford Murray,<br><br>    Plaintiff,<br><br>v.<br><br>Regal Capital Group LLC and Zachary Ramirez,<br><br>    Defendants. | Case No. 3:23-cv-00973 |

### NOTICE OF LEAD COUNSEL

Plaintiff hereby gives notice of his lead counsel:

> John Kauffman
> Florida Bar No. 538205
> LawHQ, P.C.
> 299 S. Main St. #1300
> Salt Lake City, UT 84111
> 385-285-1090
> john.kauffman@lawhq.com

Dated: August 22, 2023

Respectfully submitted,

/s/ *John Kauffman*
John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Lead Counsel for Plaintiffs*

1