AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Crawford Murray | ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) ) | Civil Action No. 3:23-cv-973 |
| Regal Capital Group LLC and Zachary Ramirez | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Regal Capital Group LLC
1309 Coffeen Avenue
#1200
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Kauffman
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Jordan Keeler

Date: August 18, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00973-MMH-LLL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Regal Capital Group LLC
was received by me on *(date)* 08/22/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sage (refused last name), clerk Cloud Peak Law LLC , who is designated by law to accept service of process on behalf of *(name of organization)* Regal Capital Group LLC c/o Cloud Peak Law LLC, 1095 Sugar View Dr, Ste 500, Sheridan, WY on *(date)* 08/23/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/28/2023

_____
Server's signature

Dustin Looper
Printed name and title

101 E Loucks St, Unit 6384
Sheridan, WY 82801

Server's address

Additional information regarding attempted service, etc:
8-23-2023 @ 3:15pm
An individual identified as "Sage" (refused last name), clerk for Cloud Peak Law, LLC, was presented a service packet for Regal Capital Group LLC. She willingly accepted the documents after reviewing the registered agent's records and confirming statutory agent status. Service occurred at 1095 Sugar View Dr, Ste 500, Sheridan, WY 82801 a/k/a 1309 Coffeen Ave Ste 1200, Sheridan, WY. (w,f, 20's, 5'8", 180lbs, light hair).

Additional Documents Served: Class Action Complaint.