# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **Crawford Murray** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )    Civil Action No. 3:23-cv-973 |
| | ) |
| | ) |
| **Regal Capital Group LLC and Zachary Ramirez** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF NONSERVICE

I, Mike Maher, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on August 22, 2023, at 7:34 am. After careful inquiry and diligent attempts, I was unable to serve Zachary Ramirez as I could not find the subject or information as to the location of the subject's whereabouts.

Complaint
Zachary Ramirez Summons

Serve Attempt #1
Date / Time: August 23, 2023 8:10 pm
Address: 7260-B Corsican Drive, Huntington Beach, CA 92647
Photo: See Exhibits 1a, 1b below
Geolocation: https://google.com/maps?q=33.7180480957,-118.0016705189
Description of attempt: I spoke with the resident, Brian, who has lived there with his wife since 2017. The subject is unknown to them, and they hadn't heard the name prior.

Serve Attempt #2
Date / Time: August 25, 2023 8:11 pm
Address: 6762 Warner Ave, apt g4, Huntington Beach, CA 92647
Photo: See Exhibits 2a, 2b below

Geolocation: https://google.com/maps?q=33.7143554688,-118.0102815659
Description of attempt: I spoke with the resident named Joel, who indicated he doesn't know the subject. Joel is a white male with a very thick Irish accent.

Serve Attempt #3
Date / Time: August 29, 2023 9:11 am
Address: 15340 Goodhue St, Whittier, CA 90604
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=33.9312133789,-118.0022736153
Description of attempt: I spoke with the resident, who is a white female, in her early 40s. She stated they bought the house almost two years ago and purchased it from the subject's mother. She stated she only recognizes the name because they get a lot of mail for the subject, which they put back with a return to sender notice on it.

Serve Attempt #4
Date / Time: September 2, 2023 11:02 am
Address: 14926 Biola Ave, La Mirada, CA 90638
Photo: See Exhibits 4a, 4b, 4c, 4d below
Geolocation: https://google.com/maps?q=33.8952636719,-118.0232980263
Description of attempt: I spoke with a male, who's 55 to 65 years old and looks like he could be related to the subject. He stated he was not the subject's father. He stated that the subject's mother does live there, but the subject does not. He also stated that he doesn't know where the subject lives and doesn't have contact information for him. The male asked a lot of questions and wanted my phone number to contact. I did not pass that along, and it was odd to be so inquisitive about the papers. When I asked why he was so curious if he had no contact with the subject, he stated that it was in case his mother asked, he wanted to be able to relay it correctly. There were two cars out front, with one being a red Camaro in the driveway. Took pictures of the license plates to see if either belonged to the subject.

Serve Attempt #5
Date / Time: September 7, 2023 3:20 pm
Address: US CAPITAL, 1661 S Raymond Ave, ste 265, Anaheim, CA 92801
Photo: See Exhibits 5a, 5b, 5c, 5d, 5e, 5f below
Geolocation: https://google.com/maps?q=33.8586120605,-117.9071952802
Description of attempt: The office has a desk inside it but no one at all around it. The door has a numeric keypad entry that's unique to this space only.

Serve Attempt #6
Date / Time: September 8, 2023 10:13 am
Address: US CAPITAL, 1661 S Raymond Ave, ste 265, Anaheim, CA 92801
Photo: See Exhibits 6a, 6b, 6c, 6d below
Geolocation: https://google.com/maps?q=33.858215332,-117.907168147
Description of attempt: The office appears deserted or about to be. Nothing has changed since yesterday's visit and no one is inside, plus all the lights are off.

Serve Attempt #7

Date / Time: September 11, 2023 1:18 pm
Address: US CAPITAL, 1661 S Raymond Ave, ste 265, Anaheim, CA 92801
Photo: See Exhibit 7a below
Geolocation: https://google.com/maps?q=33.8582458496,-117.9080031887
Description of attempt: Nothing appears to have changed at all. I saw a putting green inside the unit today, plus a water cooler with probably 8 to 10 full water jugs. It appears they closed up one day and haven't been back in a while.

Serve Attempt #8
Date / Time: September 12, 2023 11:29 am
Address: US CAPITAL, 1661 S Raymond Ave, ste 265, Anaheim, CA 92801
Photo: See Exhibit 8a below
Geolocation: https://google.com/maps?q=33.8581542969,-117.9071648249
Description of attempt: Nothing has changed and I tried speaking with a couple of neighbors. No one knew the last time, they had not seen anyone there and stated it's been a bit.

Serve Attempt #9
Date / Time: September 16, 2023 9:55 am
Address: 9103 Bluford Ave, Whittier, CA 90602
Photo: See Exhibit 9a below
Geolocation: https://google.com/maps?q=33.9562988281,-118.0442027284
Description of attempt: I spoke with the residents who weren't the subject and didn't look like him. They stated they didn't know who the prior residents were and they just moved in April of this year.


I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

/s/ *Michael Maher*

Executed in

Orange County ,

CA      on   9/18/2023 .

Signature
Mike Maher
PSC #6337
+1 (714) 402-2502
6141 Killarney Ave, Garden Grove, CA 92845

Exhibit 1a)



Exhibit 1b)



Exhibit 2a)



Exhibit 2b)



Exhibit 3a)



Exhibit 4a)



Exhibit 4b)



Exhibit 4c)



Exhibit 4d)



Exhibit 5a)



Exhibit 5b)



Exhibit 5c)



Exhibit 5d)



170 - Murray v. Regal Capital

Exhibit 5e)



Exhibit 5f)



Exhibit 6a)



Exhibit 6b)



Exhibit 6c)



Exhibit 6d)



Exhibit 7a)



Exhibit 8a)



Exhibit 9a)

