+ Follow

Zachary Ramirez

Status is offline

# Zachary Ramirez

Business Lines of Credit | Business Loans | SBA Loans | Equipment Financing

- Regal Capital Group
- Mt. San Antonio College

Orange County, California, United States Contact info

- 500+ connections

+ Follow

Message

More

- Send profile in a message
- Save to PDF
- Connect
-
- Report / Block
- About this profile About this profile

# AboutAbout

Helping small businesses and entrepreneurs get the working capital they need to succeed.
Receive funding of up to $2,000,000 in as little as 24 hours after approval.

My team and I are passionate about providing small businesses with the working capital they need to operate their business and make it a success. We understand that not all entrepreneurs have perfect credit and that there are stumbling blocks along the way to building any successful business. We provide the financial short-term and mid-term solutions for your business to help you get the cash you need NOW to continue operating your business.

WE CAN HELP YOU EVEN IF

► You have a low FICO score ✓OK
► You don't have any collateral ✓OK
► You need cash Fast ✓OK
► You've been in business less than a year ✓OK
► You have bad credit ✓OK

It seems that with all the restrictions in lending these days that banks are only willing to loan money to companies that don't need it. If you have been told NO by your bank, but your company has daily operating revenue, we may be able to help you get the loan you need fast.

We offer a variety of solutions for companies that have been turned down by banks in the past.

YOU ARE IN THE RIGHT PLACE
☛ TRADITIONAL Short-term business loans from $10,000 - $50,000
☛ B.L.O.C - Business Lines of Credit from $50,000 - $1,000,000
☛ PREMIER - Loan options for larger businesses $100,000 - $1,000,000

Land a big contract for your company only to realize you'll need cash to fulfill the order? We can help businesses with a steady revenue stream that have a short term need for capital. We can help.

NEXT STEPS
Let's find a solution to your financial needs.
Give me or my team a call today at 800-952-6330!

https://www.uscap.co/Helping small businesses and entrepreneurs get the working capital they need to succeed. Receive funding of up to $2,000,000 in as little as 24 hours after approval. My team and I are passionate about providing small businesses with the working capital they need to operate their business and make it a success. We understand that not all entrepreneurs have perfect credit and that there are stumbling blocks along the way to building any successful business. We provide the financial short-term and mid-term solutions for your business to help you get the cash you need NOW to continue operating your business. WE CAN HELP YOU EVEN IF ► You have a low FICO score ✓OK ► You don't have any collateral ✓OK ► You need cash Fast ✓OK ► You've been in business less than a year ✓OK ► You have bad credit ✓OK It seems that with all the restrictions in lending these days that banks are only willing to loan money to companies that don't need it. If you have been told NO by your bank, but your company has daily operating revenue, we may be able to help you get the loan you need fast. We offer a variety of solutions for companies that have been turned down by banks in the past. YOU ARE IN THE RIGHT PLACE ☛ TRADITIONAL Short-term business loans from $10,000 - $50,000 ☛ B.L.O.C - Business Lines of Credit from $50,000 - $1,000,000 ☛ PREMIER - Loan options for larger businesses $100,000 - $1,000,000 Land a big contract for your company only to realize you'll need cash to fulfill the order? We can help businesses with a steady revenue stream that have a short term need for capital. We can help. NEXT STEPS Let's find a solution to your financial needs. Give me or my team a call today at 800-952-6330! https://www.uscap.co/ …see more

# ActivityActivity

25,203 followers25,203 followers

Posts Comments Articles

- **Zachary Ramirez** posted this • 2w2w
  Hey everyone,

  I am currently producing several hundred ERC live transfers per day. I monetize the deals with over 5 employees, however I have a plethora of transfers each day that are between 2-4 employees. I currently sell them to two companies on a rev-share, but honestly I would rather just sell them on a 2-3 minute buffer for a small cost per transfer instead. Something about waiting 6-8 months for my cash doesnt feel right.

  If anyone is interested in these leads, I'd love to accommodate. Please reach out and I'm sure we can work out a win-win. …show more
  - like 4
  - 1 comment

→ Show all activity

# ExperienceExperience

- Regal Capital Group logo
  CEOCEO
  Regal Capital Group · Full-timeRegal Capital Group · Full-time Jun 2018 - Present · 5 yrsJun 2018 - Present · 5 yrs Orange County, California Area · On-siteOrange County, California Area · On-site
  - - • Provide inspired leadership company wide.
      • Make high-level decisions about policy and strategy.
      • Develop and implement operational policies and a strategic plan.
      • Act as the primary spokesperson for the company.
      • Develop the company's culture and overall company vision.
      • Help with recruiting new staff members.
      • Create an environment that promotes great performance and positive morale.
      • Oversee the company's fiscal activity, including budgeting, reporting, and auditing.
      • Assure all legal and regulatory documents are filed and monitor compliance with laws and regulations.
      • Identify and address problems and opportunities for the company.
      • Provide inspired leadership company wide. • Make high-level decisions about policy and strategy. • Develop and implement operational policies and a strategic plan. • Act as the primary spokesperson for the company. • Develop the company's culture and overall company vision. • Help with recruiting new staff members. • Create an environment that promotes great performance and positive morale. • Oversee the company's fiscal activity, including budgeting, reporting, and auditing. • Assure all legal and regulatory documents are filed and monitor compliance with laws and regulations. • Identify and address problems and opportunities for the company. …see more
  - - **Skills:** Strategic Planning · Sales Management · Team Leadership · Executive Management · Sales Process**Skills:** Strategic Planning · Sales Management · Team Leadership · Executive Management · Sales Process
  - -

TestimonyTestimony
"I needed some capital to cover payroll but my credit union wasn't going to be able to fund me in time. US Capital found me an awesome short term loan that made sense. Shout out to Rick for making it an awesome experience the whole way through!" -Patricia W, Paisan's Catering"I needed some capital to cover payroll but my credit union wasn't going to be able to fund me in time. US Capital found me an awesome short term loan that made sense. Shout out to Rick for making it an awesome experience the whole way through!" -Patricia W, Paisan's Catering

- US Business Funding logo
  Sales TrainerSales Trainer
  US Business FundingUS Business Funding May 2017 - Apr 2018 · 1 yrMay 2017 - Apr 2018 · 1 yr
  Orange County, California AreaOrange County, California Area
  - -Achieved over 120% revenue growth within eight months by hitting sales targets and successfully managing the sales team

    -Designed and implemented a strategic sales plan to expand company's customer base and ensure a powerful presence

    -Self-generated over 500 inbound leads for our sales team, generating over $200,000 in additional revenue at minimal cost and maximum profitability to the company

    -Managed, developed, coached, and motivated the sales force to develop their skill and ensure that a high professional standard was achieved and monthly sales target and KPI targets were met

    -Assessed the strengths and weaknesses of the sales team and managed the sales program accordingly-Achieved over 120% revenue growth within eight months by hitting sales targets and successfully managing the sales team -Designed and implemented a strategic sales plan to expand company's customer base and ensure a powerful presence -Self-generated over 500 inbound leads for our sales team, generating over $200,000 in additional revenue at minimal cost and maximum profitability to the company -Managed, developed, coached, and motivated the sales force to develop their skill and ensure that a high professional standard was achieved and monthly sales target and KPI targets were met -Assessed the strengths and weaknesses of the sales team and managed the sales program accordingly …see more
- World Business Lenders, LLC logo
  Vice President, Branch ManagerVice President, Branch Manager
  World Business LendersWorld Business Lenders Mar 2015 - May 2017 · 2 yrs 3 mosMar 2015 - May 2017 · 2 yrs 3 mos Orange County, California AreaOrange County, California Area
  - Responsibilities

    √ Managing the day-to-day operations of the Orange branch
    √ Measuring sales metrics, determine proper pivots to optimize marketing campaigns
    √ Measuring KPI's to ensure sales team is functioning at optimal efficiency
    √ Implementing national sales programs by developing field sales action plans
    √ Maintains sales volume, product mix, and selling price by keeping current with supply and demand, changing trends, economic indicators, and competitors
    √ Developing and maintaining broker relationships
    Responsibilities √ Managing the day-to-day operations of the Orange branch √ Measuring sales metrics, determine proper pivots to optimize marketing campaigns √ Measuring KPI's to ensure sales team is functioning at optimal efficiency √ Implementing national sales programs by developing field sales action plans √ Maintains sales volume, product mix, and selling price by keeping current with supply and demand, changing trends, economic indicators, and competitors √ Developing and maintaining broker relationships …see more
- Partner / OwnerPartner / Owner

Core Financial, IncCore Financial, Inc Jul 2014 - Mar 2015 · 9 mosJul 2014 - Mar 2015 · 9 mos Orange County, California AreaOrange County, California Area

- - Built the business from the ground up to be a successful lending institution to small businesses in need of working financial capital and attracted the attention of powerhouse World Business Lenders, LLC, a direct lender out of New York. Core Financial, Inc. was purchased by World Business Lenders in March of 2015 and my partner and I both joined WBL as Vice Presidents and Branch Managers of the Orange County office bringing even more borrowing opportunities for our clients

    Responsibilities

    √ Managing the day-to-day operations of the Orange branch
    √ Measuring sales metrics, determine proper pivots to optimize marketing campaigns
    √ Measuring KPI's to ensure sales team is functioning at optimal efficiency
    √ Implementing national sales programs by developing field sales action plans
    √ Maintains sales volume, product mix, and selling price by keeping current with supply and demand, changing trends, economic indicators, and competitors
    √ Developing and maintaining broker relationships

    Built the business from the ground up to be a successful lending institution to small businesses in need of working financial capital and attracted the attention of powerhouse World Business Lenders, LLC, a direct lender out of New York. Core Financial, Inc. was purchased by World Business Lenders in March of 2015 and my partner and I both joined WBL as Vice Presidents and Branch Managers of the Orange County office bringing even more borrowing opportunities for our clients Responsibilities √ Managing the day-to-day operations of the Orange branch √ Measuring sales metrics, determine proper pivots to optimize marketing campaigns √ Measuring KPI's to ensure sales team is functioning at optimal efficiency √ Implementing national sales programs by developing field sales action plans √ Maintains sales volume, product mix, and selling price by keeping current with supply and demand, changing trends, economic indicators, and competitors √ Developing and maintaining broker relationships

- -

    Core Financial LogoCore Financial Logo

- Alliance Funding Group logo

  Sales ManagerSales Manager
  Alliance Funding GroupAlliance Funding Group Jul 2013 - Jun 2014 · 1 yrJul 2013 - Jun 2014 · 1 yr

- Implements national sales programs by developing field sales action plans.

  Maintains sales volume, product mix, and selling price by keeping current with supply and demand, changing trends, economic indicators, and competitors.

  Establishes and adjusts selling prices by monitoring costs, competition, and supply and demand.
  Completes national sales operational requirements by scheduling and assigning employees; following up on work results.

  Maintains national sales staff by recruiting, selecting, orienting, and training employees.

  Maintains sales staff job results by counseling and disciplining employees; planning, monitoring, and appraising job results.

  Maintains professional and technical knowledge by attending educational workshops; reviewing professional publications; establishing personal networks; participating in professional societies.

  Contributes to team effort by accomplishing related results as needed.Implements national sales programs by developing field sales action plans. Maintains sales volume, product mix, and selling price by keeping current with supply and demand, changing trends, economic indicators, and competitors. Establishes and adjusts selling prices by monitoring costs, competition, and supply and demand. Completes national sales operational requirements by scheduling and assigning employees; following up on work results. Maintains national sales staff by recruiting, selecting, orienting, and training employees. Maintains sales staff job results by counseling and disciplining employees; planning, monitoring, and appraising job results. Maintains professional and technical knowledge by attending educational workshops; reviewing professional publications; establishing personal networks; participating in professional societies. Contributes to team effort by accomplishing related results as needed.

Show all 6 experiences
➔

# EducationEducation

- Mt. San Antonio College logo
  Mt. San Antonio CollegeMt. San Antonio College
  Associate of Arts (AA), PhilosophyAssociate of Arts (AA), Philosophy 2007 - 20092007 - 2009
  - Activities and societies: Latin Jazz Band, Debate Club, Philosophy Club, Psychology ClubActivities and societies: Latin Jazz Band, Debate Club, Philosophy Club, Psychology Club

- - I had no real aim or desire to learn about any topic in particular; rather, I focused on developing myself and discovering the type of person I desired to be. Despite my brief formal education, the majority of my learning occurred through my daily visits to the library. I studied everything from finance, economics, psychology, music, and, my favorite, philosophy. I like to believe I am a self-educated man, as well as a renaissance man-in-training. Although I do not believe formal education is a necessity in this information age, nevertheless this time was a pivotal moment in my life.I had no real aim or desire to learn about any topic in particular; rather, I focused on developing myself and discovering the type of person I desired to be. Despite my brief formal education, the majority of my learning occurred through my daily visits to the library. I studied everything from finance, economics, psychology, music, and, my favorite, philosophy. I like to believe I am a self-educated man, as well as a renaissance man-in-training. Although I do not believe formal education is a necessity in this information age, nevertheless this time was a pivotal moment in my life.

# Licenses & certificationsLicenses & certifications

- LinkedIn logo
  Blue Ocean Shift: Beyond Competing (Blinkist Summary)Blue Ocean Shift: Beyond Competing (Blinkist Summary)
  LinkedInLinkedIn Issued Mar 2019Issued Mar 2019
  - Show credential
- LinkedIn logo
  Running a Profitable Business: Calculating BreakevenRunning a Profitable Business: Calculating Breakeven
  LinkedInLinkedIn Issued Mar 2019Issued Mar 2019
  - Show credential
- LinkedIn logo
  Blockchain BasicsBlockchain Basics
  LinkedInLinkedIn Issued Feb 2019Issued Feb 2019
  - Show credential

Show all 4 licenses & certifications
→

# SkillsSkills

- Team ManagementTeam Management
  - - Endorsed by 2 colleagues at World Business Lenders, LLCEndorsed by 2 colleagues at World Business Lenders, LLC
  - - 49 endorsements49 endorsements
- FinanceFinance
  - - Endorsed by Scott Preston Brown and 59 others who are highly skilled at thisEndorsed by Scott Preston Brown and 59 others who are highly skilled at this
  - -