DocuSign Envelope ID: [redacted]
Electronically Filed by Superior Court of California, County of Orange, 04/10/2023 02:13:00 PM.
30-2023-01313393-CU-BC-CJC - ROA # 11 - DAVID H. YAMASAKI, Clerk of the Court By e-filinguser, Deputy Clerk.
Case 8:23-cv-00973-MMH-LLL   Document 9-2   Filed 10/08/23   Page 1 of 2 PageID 87

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> GREENSPOON MARDER, LLP <br> Brian E. Koegle (SBN 218800); Ransom D. Boynton (SBN 333262); <br> Madison M. Marder (SBN 333262) <br> TELEPHONE NO.: (323) 880-4520    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: ransom.boynton@gmlaw.com <br> ATTORNEY FOR *(Name)*: Fund 411, Inc. | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE <br> STREET ADDRESS: 700 Civic Center Drive West <br> MAILING ADDRESS: 700 Civic Center Drive West <br> CITY AND ZIP CODE: Santa Ana, CA 92701 <br> BRANCH NAME: Central Justice Center | |
| PLAINTIFF/PETITIONER: Fund 411, Inc. <br> DEFENDANT/RESPONDENT: Zachary Ramirez | CASE NUMBER: <br> 30-2023-01313393-CU-BC-CJC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: Notice of Hearing
3. a. Party served *(specify name of party as shown on documents served)*: <br> Defendant, Zachary Ramirez
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: <br> 6762 Warner Ave. Apt# G4 Huntington Beach, CA 92649
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*: 04/10/2023   (2) at *(time)*: 11:05 a.m. PST
   b. [ ] **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [x] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     **or** [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: Fund 411, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Zachary Ramirez | 30-2023-01313393-CU-BC-CJC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:  (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**
   a. Name: Sean Winter
   b. Address: 24795 Sunset Vista, Menifee, CA 92584
   c. Telephone number: (951) 970-6121
   d. **The fee** for service was: $
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   **or**
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: April 10, 2023

Sean Winter                                                         *DocuSigned by: Sean Winter / F04271C6C1E744A...*
_____                          _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                    (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**                             Page 2 of 2