UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Crawford Murray,

Plaintiff,

v.

Regal Capital Group LLC and Zachary Ramirez,

Defendants.

Case No. 3:23-cv-00973

**PLAINTIFF'S STATEMENT OF CAUSE REGARDING COURT'S ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

Pursuant to the Court's Order to Show Cause for Lack of Prosecution, dated November 29, 2023 [ECF 10], Plaintiff, by and through his undersigned counsel responds as follows:

1. As set forth in more detail in Plaintiff's Motion to Allow Alternative Service of Process on Defendant Zachary Ramirez [ECF 9], Plaintiff was able to obtain personal service on Regal Capital ("Regal Capital") but not on Zachary Ramirez ("Ramirez").
2. From August 23, 2023, to September 16, 2023, Plaintiff unsuccessfully attempted to serve Ramirez nine separate times at six different addresses with connections to the Defendant.

3. The service attempts included multiple residential addresses and a business address associated with Ramirez.
4. Due to an inability to serve Ramirez, Plaintiff filed the Motion for Alternative Service [ECF 9]. The Court has now recently ruled on that Motion finding that Ramirez cannot with reasonable diligence be served via normal means, such that Service via Publication should be pursued against Ramirez. [ECF 13].
5. Plaintiff's counsel is aware of other individuals beyond Plaintiff that have also received unsolicited telemarketing phone calls from Defendants in violation of the TCPA. Some of those persons received the calls after the Complaint in this case was filed, including some after Regal Capital was served.
6. Plaintiff and other clients of Plaintiff's counsel want to stop the conduct in question and believe that having jurisdiction against both Defendants is essential to that goal.
7. Given the urgency and difficulty in getting service on Ramirez, Plaintiff was focused on resolving that issue.

8. Now, however, Plaintiff has filed his Motion for Clerk's Default against Regal Capital [ECF 14] and is undertaking the process to serve Ramirez via publication.

9. Plaintiff requests that the Clerk and/or Court enter the default against Regal Capital.

Dated: December 13, 2023

Respectfully submitted,

/s/ *John Kauffman*

John Kauffman
Florida Bar No. 538205
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
john.kauffman@lawhq.com

*Lead Counsel for Plaintiff*