**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD STE 812, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

This space for filing stamp only

LAWHQ, P.C
299 S. MAIN ST. #1300
SALT LAKE CITY, UT - 84111

OR#: 3772568

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California )
County of ORANGE ) ss

Notice Type: LEGAL4 - LEGAL NOTICE-4

Ad Description:
3:23-CV-00973-MMH-LL

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 06/20/1922, Case No. 13421. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

01/12/2024, 01/19/2024, 01/26/2024, 02/02/2024

Executed on: 02/02/2024
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

* A 0 0 0 0 0 6 6 8 2 6 4 0 *

Email

**SUMMONS IN A CIVIL ACTION**
UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Civil Action No. 3:23-cv-973
Crawford Murray
Plaintiff(s)
v.
Regal Capital Group LLC and
Zachary Ramirez
Defendant(s)
To: (Defendant's name and address)
Zachary Ramirez
7260-B Corsican Drive
Huntington Beach, CA 92647
A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12 (a)(2) or (3) — you must serve on the plaintiff an answer to be attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John Kauffman
LawHQ. P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.
Date: August 18, 2023
CLERK OF COURT
/s/ Jordan Keeler
Signature of Clerk or Deputy Clerk
1/12, 1/19, 1/26, 2/2/24
**OR-3772568#**