# Exhibit 3

Email Exchange to Resolve Discovery Disputes

# Re: Case 3:23-cv-00973-MMH-LLL Murray v. Regal Capital Group LLC , (M.D. Fla)

Karissa Murphy <karissa.murphy@lawhq.com>

Fri 8/9/2024 7:27 AM

To:David Milian <david@lawmilian.com>
Cc:Madilynn Banks <madilynn.banks@lawhq.com>

Good morning,

I appreciate your continued efforts in working to resolve this dispute. We agree to amend Interrogatory No. 6 to reflect those "with knowledge regarding calls made by Regal for the purpose of soliciting Regal's products or services." Our position on Nos. 4 and 5 is that we are entitled to the names of the owners and officers, irrespective of their knowledge concerning the calls. As such, we ask that your client respond to Interrogatories 4 and 5 as originally stated.

Additionally, we feel 10 days is sufficient time to respond. Our meet and confer was a month ago and we have been diligently following up on these matters since, with no meaningful response.

Please confirm your client will agree to respond to such without objection and we will serve the amended Interrogatories shortly.

Best regards,

Karissa N. Murphy, Esq.
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: 385-285-1090 Ext: 30132
Email: Karissa.Murphy@lawhq.com

LawHQ

*This email may contain privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify sender by telephone or reply email, do not use or disclose the contents to others, and delete the message and all attachments from your computer, system, and/or network.*

---

**From:** David Milian <david@lawmilian.com>
**Sent:** Thursday, August 8, 2024 3:33 PM
**To:** Karissa Murphy <karissa.murphy@lawhq.com>
**Cc:** Madilynn Banks <madilynn.banks@lawhq.com>
**Subject:** Re: Case 3:23-cv-00973-MMH-LLL Murray v. Regal Capital Group LLC , (M.D. Fla)

Hi Karissa,

Thank you for the follow up email. In an attempt to resolve this discovery dispute, my client agrees to respond without objection to amended versions of interrogatories 4, 5 and 6, that read as follows:

4. Identify all owners (past and/or present) of Regal with knowledge regarding calls made by Regal for the purpose of soliciting Regal's products or services.

5. Identify all officers (past and/or present) of Regal with knowledge regarding calls made by Regal for the purpose of soliciting Regal's products or services.

6. Identify all employees (past and/or present) of Regalwith knowledge regarding calls made by Regal for the purpose of soliciting Regal's products or services.

If you are in agreement, please serve amended interrogatories and I will commit to responding within 21 days.

Regards,

David P. Milian, Esq.
The Milian Legal Group
1395 Brickell Ave. Ste 800
Miami, Florida 33131
T. 786-808-9736
C. 305-788-6680
david@lawmilian.com
david@milian-legal.com
www.MilianLegalGroup.com

MILIAN
LEGAL GROUP

**CONFIDENTIALITY NOTICE**

The information contained in this e-mail and any attachments transmitted with it may contain confidential information that is privileged and exempt from disclosure under applicable law and is intended solely for the personal and confidential use of the recipient(s) to which it is addressed. If you are not the intended recipient, you are hereby notified that you have received this e-mail in error and that any review, dissemination, distribution, copying of, or taking any action in reliance on, this communication is strictly prohibited. If you have received this e-mail in error, please notify us by return email and please immediately permanently delete this e-mail and any attachments transmitted with it from your system.

On Thu, Aug 8, 2024 at 12:22 PM Karissa Murphy <karissa.murphy@lawhq.com> wrote:

Hi David,

Hope you are doing well. I just wanted to follow up with you and confirm you received my previous email.

Thank you,

Karissa N. Murphy, Esq.
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: 385-285-1090 Ext: 30132
Email: Karissa.Murphy@lawhq.com

LawHQ

*This email may contain privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify sender by telephone or reply email, do not use or disclose the contents to others, and delete the message and all attachments from your computer, system, and/or network.*

---

**From:** Karissa Murphy <karissa.murphy@lawhq.com>
**Sent:** Friday, August 2, 2024 11:10 AM
**To:** David Milian <david@lawmilian.com>
**Cc:** Madilynn Banks <madilynn.banks@lawhq.com>
**Subject:** Re: Case 3:23-cv-00973-MMH-LLL Murray v. Regal Capital Group LLC , (M.D. Fla)

Hi David,

I hope this email finds you well. We had discussed during our meet and confer the potential of settling this case. In furtherance of that effort, I have attached a proposed settlement demand for you and Mr. Ramirez to review. I am hopeful we can reach an amicable resolution of this matter.

That being said, it has been just over three weeks since our meet and confer, and we have yet to receive responses to Interrogatories 4, 5, and 6. Given our need to keep this case moving forward, we will be forced to file a motion to

compel if such is not received by next Friday, August 9th. Likewise, we have not received Defendant's initial disclosures, which were due at the beginning of May. We also request those be provided promptly.

Finally, we would like to schedule Mr. Ramirez's deposition for the near future. Please provide dates in the next two months that you and your client would be available.

I appreciate your attention to these matters and hope you have a nice weekend.

Best regards,

Karissa N. Murphy, Esq.
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: 385-285-1090 Ext: 30132
Email: Karissa.Murphy@lawhq.com

*This email may contain privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify sender by telephone or reply email, do not use or disclose the contents to others, and delete the message and all attachments from your computer, system, and/or network.*

---

**From:** David Milian <david@lawmilian.com>
**Sent:** Thursday, July 25, 2024 7:05 PM
**To:** Karissa Murphy <karissa.murphy@lawhq.com>
**Cc:** Madilynn Banks <madilynn.banks@lawhq.com>
**Subject:** Re: Case 3:23-cv-00973-MMH-LLL Murray v. Regal Capital Group LLC , (M.D. Fla)

Hi Karissa,
Thank you for your email. I have been traveling extensively, but remain committed to responding and resolving the discovery issues. I am still awaiting my client's authorization to resolve the matter along the lines we discussed.
I will press him on this.
Regards,

MILIAN
LEGAL GROUP

David P. Milian, Esq.
The Milian Legal Group
1395 Brickell Ave. Ste 800
Miami, Florida 33131
T. 786-808-9736
C. 305-788-6680
david@lawmilian.com
david@milian-legal.com
www.MilianLegalGroup.com

---

**From:** Karissa Murphy <karissa.murphy@lawhq.com>
**Sent:** Thursday, July 25, 2024 6:04 PM
**To:** David Milian <david@lawmilian.com>
**Cc:** Madilynn Banks <madilynn.banks@lawhq.com>
**Subject:** Re: Case 3:23-cv-00973-MMH-LLL Murray v. Regal Capital Group LLC , (M.D. Fla)

Mr. Milian,

I hope you are doing well. I am touching base with you regarding our meet and confer on July 11th. Following that meeting, I sent you an email regarding the discussed modification of Interrogatory # 6. Since that date, I have not received a response from you as to whether the modification is acceptable, nor when we can expect a response from your client on Interrogatories 4, 5, and 6.

Please provide a response to this email by tomorrow, 7/26, so we can resolve these outstanding discovery issues without court intervention.

Thank you,

Karissa N. Murphy, Esq.
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: 385-285-1090 Ext: 30132
Email: Karissa.Murphy@lawhq.com

LawHQ

*This email may contain privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately*

*notify sender by telephone or reply email, do not use or disclose the contents to others, and delete the message and all attachments from your computer, system, and/or network.*

---

**From:** Madilynn Banks <madilynn.banks@lawhq.com>
**Sent:** Tuesday, July 16, 2024 1:00 PM
**To:** Karissa Murphy <karissa.murphy@lawhq.com>; David Milian <david@lawmilian.com>
**Subject:** Re: Case 3:23-cv-00973-MMH-LLL Murray v. Regal Capital Group LLC , (M.D. Fla)

Good Afternoon Mr. Milian,

The attorneys wanted to follow up on the 26(a) initial disclosures and the attached modification below. Thank you for your time.

Sincerely,

Madilynn Banks, Law Clerk
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: 385-285-1090 Ext: 30128
Email: madilynn.banks@lawhq.com

LawHQ

*This email may contain privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify sender by telephone or reply email, do not use or disclose the contents to others, and delete the message and all attachments from your computer, system, and/or network.*

---

**From:** Karissa Murphy <karissa.murphy@lawhq.com>
**Sent:** Thursday, July 11, 2024 1:26 PM
**To:** David Milian <david@lawmilian.com>
**Cc:** Madilynn Banks <madilynn.banks@lawhq.com>
**Subject:** Case 3:23-cv-00973-MMH-LLL Murray v. Regal Capital Group LLC , (M.D. Fla)

Dear Mr. Milian,

This is a follow up to our meet and confer earlier today wherein we agreed to a modification of Interrogatory 6. The modification is as follows:

**Interrogatory 6: Identify all employees (past and/or present) of Regal that have involvement in or knowledge of the calls made to plaintiff, or the policies and procedures surrounding such calls.**

Regarding Interrogatories 4 and 5, we do not feel it will be overly burdensome to produce a list of the owners and officers. Please let me know if this modification is satisfactory. If so, we hope to have a response from your client in the next ten (10) business days.

Additionally, I would like to follow up on your client's initial disclosures which were due on 5/3/24. We have yet to receive those. I appreciate your time today and please let me know if you have any questions or concerns.

Thank you,

Karissa N. Murphy, Esq.
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
Telephone: 385-285-1090 Ext: 30132
Email: Karissa.Murphy@lawhq.com

LawHQ

*This email may contain privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please immediately notify sender by telephone or reply email, do not use or disclose the contents to others, and delete the message and all attachments from your computer, system, and/or network.*