**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Crawford Murray,<br><br>Plaintiff,<br><br>v.<br><br>Regal Capital Group LLC and Zachary Ramirez,<br><br>Defendants. | Case No. 3:23-cv-00973-MMH-LLL |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(b), Plaintiff Crawford Murray ("Plaintiff Murray") respectfully notices the Court that he has resolved his claims against Defendants Regal Capital Group LLC and Zachary Ramirez. The Parties are engaging in good faith communications to finalize the terms of their settlement agreement and anticipate reaching a consensus promptly; however, discussions of terms are still ongoing.

Accordingly, Plaintiff requests the Court remove current deadlines and stay the case for 90 days to allow the Parties time to consummate the settlement, while allowing the Court to maintain jurisdiction should discussions fall through.

*[Signature to Follow]*

Dated: October 4, 2024

Respectfully submitted,

/s/ *Karissa Murphy*
Karissa Murphy
Pennsylvania Bar No. 325780
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090 Ext. 30132
Karissa.murphy@lawhq.com