## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CRAWFORD MURRAY,

        Plaintiff,

v.                                                    Case No.   3:23-cv-973-MMH-LLL

REGAL CAPITAL GROUP LLC
and ZACHARY RAMIREZ,

        Defendants.

_____

### O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 56; Stipulation) filed on December 5, 2024.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.   This case is **DISMISSED with prejudice**.

2.   Each party shall bear its own costs and attorney's fees.

3.      The Clerk of the Court is directed to terminate all pending motions

and close the file.

   **DONE AND ORDERED** in Jacksonville, Florida this 6th day of

December, 2024.

MARCIA MORALES HOWARD

United States District Judge

ja

Copies to:

Counsel of Record